Charles N. Guthrie (SBN 76644)
Attorney at Law
121 Broadway, 531
San Diego, California 92101
Tel: 619-230-8598
Attorney for Defendant

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### (HON. JINSOOK OHTA)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>EMILIO ANCHUNDIA BAILON,<br><br>　　　　Defendant.<br>_____ | Case No. 24 CR 482 – JO<br><br>SENTENCE MEMORANDUM<br><br>THAT ARGUES FOR A VARIANCE DOWN TO A 30 MONTH SENTENCE;<br><br>THAT (2D1.1(B)(3) PILOT NAVIGATOR DOES NOT APPLY.<br><br>Date: 9/26/2025<br>Time: 8:30 A.M.<br>Court: Hon. Jinsook Ohta |

NOTICE: TO THE ABOVE-ENTITLED COURT, GORDON ADAMS, UNITED STATES ATTORNEY, ASSISTANT UNITED STATES ATTORNEY, AND ASSISTANT UNITED STATES ATTOREY MARK LAURICELLA: DEFENDANT EMILIO ANCHUNDIA BAILON THROUGH HIS CJA ATTORNEY CHARLES N. GUTHRIE SUBMITS THIS SENTENCE MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF A VARIANCE FOR A 30 MONTH SENTENCE.

///

///

– 1 –

24 CR 482 - JO

# I
# SYNOPSIS OF SENTENCE MEMORANDM

**The Crime:** Mr. Anchundia is a citizen of Ecuador, and was 41-years-of-age when he was contacted to work on an Ecuadorian boat and when he showed up it was a boat to smuggle drugs to which he objected and was threatened. He participated in the boat-smuggling-venture which almost ended in tragedy in that the boat experienced a leak and was sinking when Anchundia and others were arrested/rescued by the U.S. Coast Guard, the Guard impounding 1,410 KG of Cocaine. (the boat sinkiing)

Mr. Anchundia assisted in steering the boat; however, did not navigate the boat and therefore is not eligible for the +2 enhancement for being a navigator.

Prior to being involved in the boat-smuggling endeavor, 41-years-old, he had led a life of poverty laying bricks and fishing. At one point in his life he was kidnapped and tortured and has the scars on his body to prove it.

Mr. Anchundia moves the court to vary his sentence downward such that he received the low end of the defense recommendation 30 months.

# II
# MR. ANCHUNDIA IS DESERVING OF A VARIANCE

One purpose of this sentence memorandum is to request that the court consider a downward variance for Mr. Anchundia such he be sentenced to 30 months.

The Defense argues by way of variance based on a combination of factors, a life of poverty and paltry wages in Ecuador, laying bricks and fishing. Being kidnapped and tortured with horrible scars commemorating the kidnap to carry with him the rest of his life. And now, getting involved in this failed and dangerous drug-smuggling operation after threats of harm to himself and family, he finds himself here in the United States jail asking for mercy from this United States Court.

# III

– 2 –

24 CR 482 - JO

**MINOR ROLE**

The Defense argues for a minor role departure because Mr. Anchundia did not plan the operation or the navigation procedure to moves the drugs over the water. He/ as well as the other defendants were more or less an expendable part of the drug smuggling process as the boat of drugs was filling up with water and sinking at the time of Defendants' arrest.

## IV
## ARGUMENT

Mr. Anchundia comes from a solid family (mother and father remain together) and he has four siblings. His sister is disabled and a brother has epilepsy. He has an 8 month old child through a relationship. Mr. Anchundia related to the Probation Officer that he plans to return to Ecuador and obtain legitimate employment. This is his first time in jail and he has a flawless record. It is doubtful he will be back again.

Respectfully submitted,

Charles N. Guthrie
s/Charles N. Guthrie